UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sherry Toomey,

       Plaintiff,

v.                                                                                Civil No. 14–3249 (JNE/TNL)
                                                                              ORDER

Keith Dahl,

       Defendant.

This matter is before the Court on a Report and Recommendation issued by the Honorable Tony N. Leung, United States Magistrate Judge, on January 25, 2016. No objection to the Report and Recommendation has been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation and finds that the settlement is enforceable.

Therefore, IT IS ORDERED THAT:

1.     Plaintiff's motion to enforce settlement and for attorney fees [Docket No. 58] is GRANTED.

2.     Plaintiff is awarded $5,005 in attorney fees and costs from Defendant.

3.     The Report and Recommendation [Docket No. 81] is ADOPTED.

4.     This action is DISMISSED.

5.     The Court reserves jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement, or to seek enforcement of the settlement terms.

Dated: February 17, 2016

                                                                           s/Joan N. Ericksen
                                                                           JOAN N. ERICKSEN
                                                                           United States District Judge